JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| KEVIN DOWELL, <br><br> Plaintiff, <br><br> vs. <br><br> THE AFFILIATED GROUP, INC. <br><br> Defendant. | CASE NO. 5:12-cv-01979-ABC-DTB <br><br> **[PROPOSED] ORDER GRANTING STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE** |

The Court has reviewed the Stipulation of Plaintiff KEVIN DOWELL and Defendant THE AFFILIATED GROUP, INC. to dismiss with prejudice the above-entitled action, in its entirety. Pursuant to the Joint Stipulation between parties, the Court orders as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1). Each party shall bear its own costs and expenses.

**IT IS SO ORDERED**

DATED: April 29, 2013

*Audrey B. Collins*

UNITED STATES DISTRICT JUDGE